## 62178. PIERCE v. GASKINS.

BANKE, Judge.

This appeal is from the grant of a motion for new trial, which is not final and thus not a directly appealable judgment under Code Ann. § 6-701 (Ga. L. 1965, p. 18; 1968, pp. 1072, 1073; 1975, pp. 757, 758; 1979, pp. 619, 620). Because the procedures for interlocutory appeal have not been followed, the appeal must accordingly be dismissed. See *Gordon v. Gordon,* 236 Ga. 99 (222 SE2d 381) (1976).

*Appeal dismissed. Deen, P. J., and Carley, J., concur.*

DECIDED JUNE 17, 1981.

*Howard E. Yancey, Jr.,* for appellant.
*W. S. Perry,* for appellee.